UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_Barbara Dewberry_ )
Plaintiff )
) Case No. 05-0187-CV-W-ODS
vs. ) 281-2003-05238
(1) _Alphapointe Association_ )
_For the Blind_ )
)
(2) _____ )
)
(3) _____ )
Defendant )

## COMPLAINT TITLE VII

I, _Barbara Dewberry_ for my claim against the defendant(s) state and allege as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. Section 2000e.5. Venue is proper in this district;

2. I am a _African American Black_ / _female_ who resides at _8306 e 99st_
   race / sex / street address
   _Kansas City_ _MO._ _64134_
   city / state / zip

3. The defendant (1) _Alphapointe Association For the Blind_ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _7501 Prospect Ave Kansas City, MO. 64132_
   Address

RECEIVED
05 MAR -2 AM 11:32
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

1

**NOTE: USE THIS PAGE ONLY IF THERE IS MORE THAN ONE DEFENDANT**

3a.  The defendant (2) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _____

_____
Address

3b.  The defendant (3) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _____

_____
Address

3c.  The defendant (4) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _____

_____
Address

3d.  The defendant (5) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _____

_____
Address

3e.  The defendant (6) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at _____

_____
Address

4. On or about September 20th, 20 03, defendant(s) (Specify the unlawful employment, practice which you are alleging against the defendant(s), such as: Refusal to hire, discharge from employment, harassment, ~~Disability~~ - Refusal to give Job discription - Supervisor never made it known that certain duties weren't performed Accurately - never had proper equiptment to preform Job because of (state why defendant[s] discriminated against you, i.e., race, color, religion, sex, or national origin, etc.)

Disability also race

5. I timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission and received a right-to-sue letter, a copy of which is attached.

    WHEREFORE, I pray for (state what relief is sought):

Seeking financial gain for my losses also a Chance to be heard and Justice to be done. and such other relief as the court would allow under Title VII of the Civil Rights Act of 1964.

Barbara Newberry
Signature

8306 E. 99st
Street Address

Kansas    MO.    64134
City        State      Zip Code

(816) 761-4446
Telephone

3